UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Tien Truong Nguyen,<br><br>　　　　Debtor.<br><br>Novo Federal Credit Union,<br><br>　　　　Garnishee. | Case No. 2:24-MC-00276-KJM-CKD<br><br>**ORDER** |

The court, having carefully reviewed the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby **grants** the Request. Accordingly, it is ORDERED:

　　1.　　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on July 9, 2024, is hereby TERMINATED; and

　　2.　　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

　　**IT IS SO ORDERED.**

DATED:  December 2, 2024.

_____
UNITED STATES DISTRICT JUDGE